IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:15-CR-343-RBH |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **MELVIN LEWIS JONES** | ) | **(Dismissing Indictment)** |

**UPON MOTION** of the United States of America by and through its counsel,

**IT IS HEREBY ORDERED AND DECREED** that the Indictment, Criminal Number 4:15-CR-343-RBH, filed May 27, 2015 against the Defendant, MELVIN LEWIS JONES, be and the same is hereby dismissed without prejudice.

March 16, 2017                                             s/ R. Bryan Harwell
Florence, South Carolina                              R. Bryan Harwell
                                                                       United States District Judge